UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN C. JOHNSON, | ) | No. CV 13-4596-ABC (AGR) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| CONNIE GIPSON, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: July 10, 2013

*Audrey B. Collins*
AUDREY B. COLLINS
United States District Judge